

Elaine N. Walker
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-2848 EXT. 440
Fax: (502) 564-5687

Circuit Court Clerk
Madison County, Division: II
P.O. Box 813
Richmond, KY 40476-0813

FROM:       SUMMONS DIVISION
            SECRETARY OF STATE

RE:         CASE NO: 11-CI-532

DEFENDANT:  **ROBERT A. JENKINS**
            **CHARTER FOODS, INC.**
**DBA TACO BELL**

DATE:       April 18, 2011

USPS Certified Mail ID: 71922677001001286317

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

April 6, 2011

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

April 6, 2011

The US Postal Service has provided a scanned image of the return receipt confirming receipt of summons. The image is provided to the right of this page.





Date Produced: 04/18/2011

KENTUCKY SECRETARY OF STATES OFFICE - CO

The following is the delivery information for Certified Mail™ item number 7192 2677 0010 0128 6317. Our records indicate that this item was delivered on 04/11/2011 at 01:18 p.m. in MORRISTOWN, TN, 37814. The scanned image of the recipient information is provided below.

Signature of Recipient:   *Ligia Windle*
                          Ligia Windle

Address of Recipient:     5141 Old US Hwy 11E

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service



**Commonwealth of Kentucky**
**Office of the Secretary of State**

Elaine N. Walker
Secretary of State

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-2848 EXT. 440
Fax: (502) 564-5687

Circuit Court Clerk
Madison County, Division: II
P.O. Box 813
Richmond, KY 40476-0813

FROM:        SUMMONS DIVISION
             SECRETARY OF STATE

RE:          CASE NO: 11-CI-532

DEFENDANT:   **DONALD GHAREEB**
             **TACALA, LLC**
**DBA TACO BELL**

DATE:        April 18, 2011

USPS Certified Mail ID: 7192267700101286324

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

April 6, 2011

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

April 6, 2011

The US Postal Service has provided a scanned image of the return receipt confirming receipt of summons. The image is provided to the right of this page.



**UNITED STATES**
**POSTAL SERVICE®**



Date Produced: 04/18/2011

KENTUCKY SECRETARY OF STATES OFFICE - CO

The following is the delivery information for Certified Mail™ item number 7192 2677 0010 0128 6324. Our records indicate that this item was delivered on 04/11/2011 at 12:54 p.m. in BIRMINGHAM, AL, 35243. The scanned image of the recipient information is provided below.

Signature of Recipient:   *Jamie Johnson*
                          *Jamie Johnson*

Address of Recipient:     *4268 Caloba Heights Ct*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

FILED
TIME 1:20 A.M./P.M.

APR 1 2 2011

MADISON CIRCUIT COURT
LINDA SPURLOCK CATES, CLERK



U.S. Postal Service.
CERTIFIED MAIL. RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| Postage | $ | 2.07 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
KY Secretary of State
P O Box 718
Frankfort, KY 40602
11-CI-532 (x2) II



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ▣ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>▣ Print your name and address on the reverse so that we can return the card to you.<br>▣ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _KYLE WILSON_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  APR 0 6  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>    KY Secretary of State<br>    P O Box 718<br>    Frankfort, KY  40602<br>    11-CI-532 (x2)  II | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)*  7010 1870 0000 5888 1716 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



TIME 9:00 A.M. P.M.

APR 06 2011

MADISON CIRCUIT COURT
LINDA RUCKER D. CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> **Susan Johnson**    ☐ Agent   ☐ Addressee <br> B. Received by ( Printed Name)    C. Date of Delivery <br> *Susan Johnson*   4  2011 |
| 1. Article Addressed to: <br><br> McLane Foodservice, Inc. <br> c/o CT Corporation System <br> 306 W Main St, Ste 512 <br> Frankfort, KY 40601 <br> 11-CI-532 II | D. Is delivery address different from item 1? ☐ Yes <br>    If YES, enter delivery address below: ☐ No <br><br><br> 3. Service Type <br> ☒ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☒ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7010 1870 0000 5897 6078 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Yum Brands, Inc
c/o CT Corporation System
306 W Main St, Ste 512
Frankfort, KY 40601
11-CI-532 II

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

Susan Johnson      ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
*Susan Johnson* 4  2011

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*      7010 1870 0000 5897 6085

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



FILED
TIME 2:10 A.M./P.M.
APR 01 2011
...N CIRCUIT COURT
...RLOCK CATES, CLERK

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.22 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 | Postmark Here APR 0 2011 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total... | | 6.32 |

Sent
Stree or PC
City;

7010 1870 0000 5897 6085

Yum Brands, Inc
c/o CT Corporation System
306 W Main St, Ste 512
Frankfort, KY 40601
11-CI-532  II

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.22 |
| Certified Fee | | 2.80 |
| Return Receipt Fee (Endorsement Required) | | 2.30 | Postmark Here APR 0 1 2011 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 6.32 |

Sent To
Street, or PO B
City, Sta

7010 1870 0000 5897 6078

McLane Foodservice, Inc.
c/o CT Corporation System
306 W Main St, Ste 512
Frankfort, KY 40601
11-CI-532  II

CM·SOS

| AOC-105<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | Doc. Code: CI<br>03/30/2011 02:18 pm<br>Ver. 1.02<br><br>**CIVIL SUMMONS** | Case No. | 11-CI-532 |
| | | Court | ☑ Circuit ☐ District |
| | | County | Madison   II |

**PLAINTIFF**

William                                        Moore
1129 North Wilson Avenue

Morehead              Kentucky          40351

**VS.**

Tacala, LLC                                          **DEFENDANT**
d/b/a Taco Bell
127 King's Way
London                Kentucky          40741

**Service of Process Agent for Defendant:**

Donald                              Ghareeb
4268 Cahaba Heights Court

Birmingham                          Alabama          35243

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

   You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

   The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date:  4-1           , 2 011                    _Linda Cален_____ Clerk
                                          By:  _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: _____

this _____ day of _____, 2_____.

                    Served by: _____
                              _____ Title

| AOC-105       Doc. Code: CI<br>Rev. 1-07      03/30/2011 02:18 pm<br>Page 1 of 1     Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice   www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 11-CI-532<br>Court ☑ Circuit ☐ District<br>County Madison      II |

**PLAINTIFF**

William                     Moore

1129 North Wilson Avenue

Morehead              Kentucky        40351

VS.

**DEFENDANT**

Yum Brands, Inc.

d/b/a Taco Bell

119 Berenwood Drive

Berea                 Kentucky        40403

**Service of Process Agent for Defendant:**

CT Corporation System

306 West Main Street, Suite 512

Frankfort,                          Kentucky        40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___4-1___, 2 011                         _Brenda Cates_____ Clerk

By: _____ D.C.

```
Proof of Service
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this _____ day of _____, 2_____.
                              Served by: _____
                                         _____Title
```

*CM-SOS*

| | | | |
|---|---|---|---|
| AOC-105          Doc. Code: CI<br>Rev. 1-07     03/30/2011 02:18 pm<br>Page 1 of 1        Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. __11-CI-532__<br>Court  ☑ Circuit ☐ District<br>County  Madison        **II** | |

**PLAINTIFF**

William                        Moore

1129 North Wilson Avenue


Morehead              Kentucky          40351

VS.

**DEFENDANT**

Charter Foods, Inc.

d/b/a Taco Bell

119 Berenwood Drive

Berea              Kentucky          40403


**Service of Process Agent for Defendant:**

Robert                    A.          Jenkins

5141 Old US 11 East Highway


Morristown,                    Tennessee          37814

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

      You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

      The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: __4-1__, 2 __011__          _Linda Cates_____ Clerk

                              By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2 _____.

                    Served by: _____

                              _____ Title

*Cm*

| AOC-105    Doc. Code: CI<br>Rev. 1-07    03/30/2011 02:18 pm<br>Page 1 of 1    Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. 11-CI-532<br>Court ☑ Circuit ☐ District<br>County Madison Ⅱ |

**PLAINTIFF**

William          Moore

1129 North Wilson Avenue

Morehead        Kentucky        40351

VS.

**DEFENDANT**

McLane Foodservice, Inc.

d/b/a Taco Bell

127 King's Way

London        Kentucky        40741

**Service of Process Agent for Defendant:**

CT Corporation System

306 West Main Street, Suite 512

Frankfort        Kentucky        40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

       You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

       The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____4-1_____, 2 011        *Linda Caton*     Clerk

                              By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2 _____.

                         Served by: _____

                                        _____ Title

OPEN COURT
DATE _4-1-11_____ TIME _10:25_
COMPLAINT FILED
SUMMONS & COPIES ISSUED_____

ATT: LINDA SPURLOCK CATES, CMC
BY: _____

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
II    DIVISION
CIVIL ACTION NO. _11-CI-532_

WILLIAM MOORE                                                    PLAINTIFF

V.                    **PLAINTIFF'S COMPLAINT AT LAW**

YUM BRANDS INC., a foreign Corporation                          DEFENDANT
d/b/a "Taco Bell" at 1590 Versailles Road,
Frankfort, KY

      Serve:  CT Corporation System
             306 West Main Street, Suite 512
             Frankfort, KY  40601

CHARTER FOODS, INC., a foreign Corporation                     DEFENDANT

      Serve:  Robert A Jenkins
             5141 Old US 11 East Highway
             Morristown, TN  37814

TACALA, LLC, a foreign Corporation                             DEFENDANT

      Serve:  Donald Ghareeb
             4268 Cahaba Heights Court
             Birmingham, AL  35243

MCLANE FOODSERVICE, INC.                                       DEFENDANT

      Serve:  CT Corporation System
             306 West Main Street, Suite 512
             Frankfort, KY  40601

** ** ** **

PLAINTIFF'S COMPLAINT AT LAW - 1

COMES NOW the plaintiff WILLIAM MOORE, by and through his attorneys of record, MARLER CLARK, LLP, PS and FRANK JENKINS LAW OFFICE, and alleges and states as follows, for cause of action by Complaint:

## I. PARTIES

1.) The plaintiff William Moore, at all times relevant hereto, was a resident of Rowan County, Kentucky.

2.) The defendant YUM BRANDS INC. d/b/a TACO BELL (hereinafter referred to as "Yum Brands"), is a North Carolina corporation with its principal place of business in Kentucky. On information and belief, the defendant Yum Brands owned and/or operated, or was responsible for the selection and purchase of raw materials used to prepare food products at, the Taco Bell restaurant located at 119 Berenwood Drive, Berea, Madison County, Kentucky. The defendant Yum Brands, at all times material hereto, was carrying on its ordinary course of business of the manufacture, preparation, service and sale of food to the restaurant customers at that location in Madison County.

3.) The defendant CHARTER FOODS, INC., is a Tennessee corporation with its principal place of business in Tennessee, authorized to do business in Kentucky. On information and belief, the defendant Charter Foods, Inc., owned and/or operated the Taco Bell restaurant located at 119 Berenwood Drive, Berea, Madison County, Kentucky. The defendant Charter Foods, Inc., at all times material hereto, was carrying on its ordinary course of business of the manufacture, preparation, service and sale of food to the restaurant customers at that location in Madison County.

4.) The defendant TACALA, LLC, is an Alabama corporation with its principal place of business in Alabama, authorized to do business in Kentucky. On information and belief, the

defendant Tacala, LLC, owned and/or operated the Taco Bell restaurant located at 127 King's Way, London, Kentucky.  The defendant Tacala, LLC, at all times material hereto, was carrying on its ordinary course of business of the manufacture, preparation, service and sale of food to the restaurant customers at that location in Laurel County.

5.)  The defendant MCLANE FOODSERVICE, INC., is a Texas corporation with its principal place of business in Texas, authorized to do business in Kentucky.  On information and belief, the defendant McLane Foodservice, Inc. was the sole provider of produce to the Taco Bell restaurant located at 119 Berenwood Drive, Berea, Madison County, Kentucky AND AT 127 King's Way, London, Laurel County, Kentucky.  The defendant McLane Foodservice, Inc., at all times material hereto, was carrying on its ordinary course of business of the manufacture, preparation, service and sale of food to the restaurant customers at those locations.

## II. JURISDICTION AND VENUE

6.)  This court is vested with jurisdiction over the defendants, as a corporation doing business within the State of Kentucky, pursuant to KRS 23A.010.

7.)  The venue of this action is proper in Madison County pursuant to KRS 452.450, because one of the defendants conducts business in Madison County.

## III. FACTS

8.)  On or about August 4, 2010, the Centers for Disease Control and Prevention announced an outbreak of *Salmonella* serotype Baildon and Hartford illnesses linked to Taco Bell restaurant locations in many states, including Kentucky.  The illnesses involved in the outbreak occurred during late May and throughout the month of June 2010.

9.)  On or about May 28, 2010, the plaintiff William Moore purchased and consumed food from the Taco Bell restaurant at 119 Berenwood Drive, Berea, Kentucky, owned and/or

PLAINTIFF'S COMPLAINT AT LAW - 3

operated by the defendants Charter Foods, Inc., and Yum Brands, Inc. and supplied with produce by McLane Foodservice, Inc.  Mr. Moore consumed three taco supremes.

10.)     On or about May 28, 2010, the plaintiff William Moore purchased and consumed food from the Taco Bell restaurant at 127 King's Way, London, Kentucky, owned and/or operated by the defendants Tacala, LLC and Yum Brands, Inc., and supplied with produce by McLane Foodservice, Inc.  Mr. Moore consumed the Number 7 Combination that included a chicken quesadilla and a beef taco.

11.)     The food consumed by the plaintiff at one or both the Taco Bell locations; in Berea, Kentucky and London Kentucky; was contaminated with *Salmonella* at the time it left the defendants' control.

12.)     Mr. Moore fell ill on or about May 31, 2010 with severe gastrointestinal symptoms consistent with a *Salmonella* infection.  He received medical care over the following days, and provided a stool culture that returned positive for *Salmonella* Hartford.

13.)     At the time of the filing of this complaint, Mr. Moore continues to receive treatment for ongoing gastrointestinal symptoms as a result of his *Salmonella* infection.

14.)     Mr. Moore's *Salmonella* infection was the direct and proximate result of his purchase and consumption of *Salmonella*-contaminated food items manufactured and sold by the defendants.

## IV.  <u>STRICT PRODUCTS LIABILITY CLAIM</u>

15.)     The defendants manufactured the food that injured the plaintiff.

16.)     The defendants owed a duty to the plaintiff to manufacture food that was reasonably safe in construction, that did not materially deviate from applicable design specifications, or otherwise deviate in some material way from otherwise identical units of

PLAINTIFF'S COMPLAINT AT LAW - 4

similar food manufactured and served as part of the defendants' restaurant product line.  The defendants failed to do so, and breached this duty.

17.)   The defendants owed a duty to the plaintiff to provide adequate warnings about any dangers created or presented by their food, and to instruct the plaintiff concerning the dangers present in their food products.  The defendants failed to provide adequate warnings about the dangers created by their food, and failed to provide instructions concerning those dangers.

18.)   The defendants owed a duty to the plaintiff to manufacture a product that conformed to their express and implied warranties, under Article II of the Uniform Commercial Code, including the implied warranty that the defendants' food was fit for human consumption, but failed to do so, and thereby breached that duty.

19.)   The defendants' food that the plaintiff purchased and consumed was not reasonably safe as designed and constructed, and did not conform to the defendants' express or implied warranties, because it was contaminated and adulterated with *Salmonella* bacteria.

20.)   The defendants owed a duty to the plaintiff not to prepare and serve food that was unsafe to an extent beyond that which would be contemplated by the ordinary consumer, but failed to do so, and breached this duty.

21.)   Because the food the plaintiff purchased and consumed was contaminated with *Salmonella* bacteria, and was not reasonably safe in design and construction, lacked adequate warnings and instructions, did not conform to the defendants' express or implied warranties, and was unsafe to an extent beyond that contemplated by the ordinary consumer, the defendants are strictly liable to the plaintiff for the harm to him proximately caused by the defendants' contaminated and adulterated food.

PLAINTIFF'S COMPLAINT AT LAW - 5

## V. __NEGLIGENCE__

22.)     The defendants negligently manufactured, distributed and sold a food product that was not reasonably safe as designed or manufactured.

23.)     The defendants were negligent in manufacturing, distributing, and selling a food product that was not reasonably safe because adequate warnings or instructions were not provided, including but not limited to, the warning that their food may contain *Salmonella* bacteria.

24.)     The defendants had a duty to comply with all applicable federal, state and local statutory and regulatory provisions that pertained or applied to the manufacture, distribution, storage, labeling and sale of the food they sold including the provisions of Kentucky's Food, Drug and Cosmetic Act, KRS Chapter 217.   Those statutory and regulatory provisions are intended to protect patrons of the restaurant, including the plaintiff, from the risk of consuming contaminated and adulterated food.  The defendants failed to comply with all applicable statutory and regulatory provisions pertaining to the distribution, storage, labeling and sale of their food, by manufacturing and selling adulterated food, and therefore breached that duty.

25.)     Once the defendants learned, or in the exercise of reasonable care should have learned, of the dangers associated with preparing and serving their food, including, but not limited to, serving improperly cleaned or cooked foods, the defendants had a duty to warn the plaintiff, but failed to do so, and were therefore negligent.

26.)     The defendants had a duty to use supplies and/or raw materials in producing their food that were in compliance with applicable federal, state, and local laws, ordinances and regulations, that were from reliable sources, that were clean, wholesome, and that were free from adulteration and fit for human consumption, but failed to do so, and breached that duty.

PLAINTIFF'S COMPLAINT AT LAW - 6

27.) The defendants were negligent in the selection of their food suppliers, or other subcontractors, and failed to adequately supervise them, or provide them with adequate standards, in writing, and, as a result, purchased and used food that was adulterated with *Salmonella* bacteria.

28.) The defendants had a duty to properly supervise, train and monitor their employees engaged in the preparation of their food products to ensure compliance with all applicable state and federal regulations. The defendants failed to properly supervise, train and monitor their employees engaged in the manufacture, preparation and delivery of the food product they sold to the plaintiff, and breached that duty.

## VI. BREACH OF WARRANTIES

29.) The defendants are subject to liability to the plaintiff for breach of express and implied warranties made to the plaintiff with respect to the contaminated food product sold to the plaintiff, including the implied warranties of merchantability and of fitness for use.

30.) The plaintiff alleges that the contaminated food product that is the subject of this action would not pass without exception in the trade, and was thus in breach of the implied warranty of merchantability.

31.) The plaintiff alleges that the contaminated food product which is subject of this action was not fit for the uses and purposes intended by the defendants, as represented and sold by defendants, and was thus in breach of the implied warranty of fitness for the intended use.

## VII. DAMAGES

32.) The plaintiff has suffered general damages as the direct result of the above described unlawful acts and omissions of the defendants, which damages shall be fully proven at the time of trial. These include, without limitation, damages, both past and future, for the loss of

enjoyment of life, pain and suffering, and mental anxiety and stress.

33.)     The plaintiff has also suffered special, incidental and consequential damages as the direct and proximate result of the above described unlawful acts and omissions of the defendants, which damages shall be fully proven at the time of trial. These include, but are not limited to, wage loss; medical related expenses, both past and future; and travel and travel-related expense, past and future.

## VIII.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, the plaintiff prays for the following relief:

1.)     That the Court award the plaintiff judgment against the defendants in such a sum as shall be determined to fully and fairly compensate the plaintiff for all general, special, incidental and consequential damages incurred, or to be incurred, by the plaintiff as the direct and proximate result of the unlawful acts and omissions of the defendants;

2.)     That the Court award the plaintiff his respective costs, disbursements and reasonable attorneys' fees incurred herein;

3.)     That the Court award the plaintiff the opportunity to amend or modify the provisions of this Complaint, if necessary or appropriate after additional or further discovery is completed in this matter, and after all appropriate parties have been served;

4.)     That the Court award such other and further relief as it deems necessary and proper in the circumstances; and

5.)     The plaintiff requests trial by jury.


DATED this _____ day of March, 2011.


PLAINTIFF'S COMPLAINT AT LAW - 8

Jason S. Matuskiewicz
Frank M. Jenkins, III
FRANK JENKINS LAW OFFICE
631 East Main Street
Lexington, KY 40508
Telephone: 859.389.9344
Fax: 859.253.0928

AND

David W. Babcock
*Pending pro hac vice Admission*
MARLER CLARK, L.L.P., P.S.
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206.346.1888
Fax: 206.346.1898

Attorneys for Plaintiffs

PLAINTIFF'S COMPLAINT AT LAW - 9

Commonwealth of Kentucky
Madison County
Linda Spurlock Cates
Circuit Court Clerk

Receipt Number: 03-0028027-A

DATE: 04/01/2011

TIME: 10:28 AM

*** (I) CIRCUIT CIVIL-FILING ***

CASE NO: 11-CI-00532

RECEIVED FROM: FRANK JENKINS LAW OFFICE

ACCOUNT OF: WILLIAM MOORE VS YUM BRANDS

| | | |
|---|---|---|
| 1. | Civil Filing Fee (Q) | 115.00 |
| 2. | ATJ Fee (1) | 20.00 |
| 3. | Court Technology MCFO(K(CT)) | 10.00 |
| 4. | Library Fee (L) | 1.00 |
| 5. | Court Facilities Fee (|) | 25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | 5.00 |
| 7. | Jury Demand /12 CS(W(M)) | 60.00 |
| | TOTAL: | $236.00 |
| | CHECK: | $236.00 |
| | ***DIFF: | 0.00 |

*** Check Number: 17400

Prepared By: Jenny Spurlock
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                    Page 1 of 1

---

Commonwealth of Kentucky
Madison County
Linda Spurlock Cates
Circuit Court Clerk

Receipt Number: 03-0028028-A

DATE: 04/01/2011

TIME: 10:29 AM

*** (M) CIVIL-OTHER ***

CASE NO: 11-CI-00532

RECEIVED FROM: FRANK JENKINS LAW OFFICE

ACCOUNT OF: WILLIAM MOORE VS YUM BRANDS

| | | |
|---|---|---|
| 1. | Postage/Cert. Mail MCFO(K(H)) | 40.16 |
| | TOTAL: | $40.16 |
| | CHECK: | $40.16 |
| | ***DIFF: | 0.00 |

*** Check Number: 17401

Prepared By: Jenny Spurlock
** MCFO=Money Collected for Others
** CS=Charge for Services
Filing (KYCOURTS)                    Page 1 of 1