```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF KENTUCKY
                         CENTRAL DIVISION at LEXINGTON
```

WILLIAM MOORE,                )
                              )
    Plaintiff,              )    Action No. 5:11-cv-150-JMH
                              )
v.                            )
                              )
CHARTER FOODS, INC.           )              **ORDER**
    et al.,                 )
                              )
    Defendants.             )
                              )
                              )
                              )

        \*\*   \*\*   \*\*   \*\*   \*\*

Plaintiff William Moore, having informed the Court that he has settled his claims against the Defendants Charter Foods, Inc. and McLane Foodservice, Inc.; Intervening Plaintiff Humana Insurance Company, having informed the Court that it has settled its claims against the Defendants Charter Foods, Inc. and McLane Foodservice, Inc.; and the Court hereby acknowledging the settlement of the claims and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the parties' motion for dismissal, [DE 62], is **GRANTED.** All claims that have been asserted by Plaintiff William Moore against Defendants Charter Foods, Inc. and McLane Foodservice, Inc. and all claims that have been asserted by Intervening Plaintiff Humana Insurance Company against Defendants Charter Foods, Inc. and McLane

Foodservice, Inc. are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

This the 29th day of May, 2012.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge